**DAN A. DRUZ (DD-6177)**
291 E. Main St.
Suite 1000
Manasquan, NJ 08736
732 223-7676
Attorney for Plaintiff
Pristine Capital Holdings, Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

PRISTINE CAPITAL HOLDINGS INC.,

            Plaintiff,

v.

VELEZ CAPITAL MANAGEMENT, LLC, OLIVER VELEZ, PAUL LANGE, SAUL ORTIZ-STEVENS, AND STEPHEN CINA,

            Defendants.

---

07 CIV 5720 (WHP)

**RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

    Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned attorney for Plaintiff Pristine Capital Holdings, Inc., states that plaintiff has no parent corporation and that no publicly held corporation owns 10% or more of plaintiff's stock.

Dated: New York, New York
       June 13, 2007

                              Dan A. Druz
                              Attorney for Plaintiff
                              291 E. Main St., Suite 1000
                              Manasquan, NJ 08736
                              732 223-7676