Bruce E. Lilling, Esq. BL-1124
55 Church Street
White Plains, NY 10601
Tel: (914) 684-0600
Fax: (914) 684-0304
Attorney for Velez Capital Management, LLC and Oliver Velez

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT NEW YORK

| | |
|---|---|
| PRISTINE CAPITAL HOLDINGS INC., | : |
| Plaintiff, | : **NOTICE OF APPEARANCE** |
| v. | : Civil Action No.: 07-cv-5720 |
| VELEZ CAPITAL MANAGEMENT LLC, OLIVER VELEZ, PAUL LANGE, SAUL ORTIZ-STEVENS, AND STEPHEN CINA | : |
| Defendants. | : |

NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the individual attorney Bruce E. Lilling and the firm of Lilling & Lilling, PLLC hereby appear as trial counsel for Defendants Velez Capital Management LLC and Oliver Velez.

Dated: June 19, 2007

Respectfully submitted
Velez Capital Management LLC
 and Oliver Velez
By its attorney
  s/Bruce E. Lilling_____
Bruce E. Lilling, Esq.
Lilling & Lilling, PLLC.
55 Church Street, suite 207
White Plains, New York 10601
Ph 914 684 0600
Fx 914 684 0304

Bruce@Lilling.com