**DAN A. DRUZ (DD-6177)**

291 E. Main St.
Suite 1000
Manasquan, NJ  08736
732 223-7676
Attorney for Plaintiff
Pristine Capital Holdings, Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PRISTINE CAPITAL HOLDINGS INC.,<br><br>                    Plaintiff,<br><br>v.<br><br>VELEZ CAPITAL MANAGEMENT, LLC,  OLIVER VELEZ, PAUL LANGE, SAUL ORTIZ-STEVENS, AND STEPHEN CINA,<br><br>                    Defendants. | Civil Action No. 07-5720<br><br>Hon. William H. Pauley III<br><br><br>**VOLUNTARY DISMISSAL**<br>**WITHOUT PREJUDICE** |

          **PLEASE TAKE NOTICE** that pursuant to Fed. R. Civ. P. 41(a)(1)(i), Plaintiff in the

above-captioned matter, ABC Corp., hereby voluntarily **DISMISSES** this action **WITHOUT**

**PREJUDICE**.

s/ Dan A. Druz

Dan A. Druz
Attorney for Plaintiff

Dated: June 29, 2007