*Courtesy Copy*

**DAN A. DRUZ (DD-6177)**
291 E. Main St.
Suite 1000
Manasquan, NJ 08736
732 223-7676
Attorney for Plaintiff
Pristine Capital Holdings, Inc.

JUL 1 2 2007
CHAMBERS OF
WILLIAM H. PAULEY

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/18/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PRISTINE CAPITAL HOLDINGS INC.,

        Plaintiff,

v.

VELEZ CAPITAL MANAGEMENT, LLC, OLIVER VELEZ, PAUL LANGE, SAUL ORTIZ-STEVENS, AND STEPHEN CINA,

        Defendants.

Civil Action No. 07-5720

Hon. William H. Pauley III

**VOLUNTARY DISMISSAL**
**WITHOUT PREJUDICE**

    **PLEASE TAKE NOTICE** that pursuant to Fed. R. Civ. P. 41(a)(1)(i), Plaintiff in the above-captioned matter, ~~ABC~~ PCH Corp., hereby voluntarily **DISMISSES** this action **WITHOUT PREJUDICE.**

s/ Dan A. Druz

Dan A. Druz
Attorney for Plaintiff

Dated: June 29, 2007

SO ORDERED:
William H. Pauley III U.S.D.J.
7/17/07